```
FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

    MAR 27 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY
```

O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: SA13-105M |
| Plaintiff, | ORDER OF DETENTION |
| vs. | |
| ALEXANDER A. ROMANIOLIS, | |
| Defendant. | |

## I.

A.   ( )   On motion of the Government in a case allegedly involving:

   1.   ( )   a crime of violence.

   2.   ( )   an offense with maximum sentence of life imprisonment or death.

   3.   ( )   a narcotics or controlled substance offense with maximum sentence of ten or more years.

   4.   ( )   any felony - where defendant convicted of two or more prior offenses described above.

   5.   ( )   any felony that is not otherwise a crime of violence that involves a minor victim, or possession or use of a firearm or destructive device or any other dangerous weapon, or a failure to register under 18 U.S.C. § 2250.

B.  (X)   On motion by the Government/( ) on Court's own motion, in a case allegedly involving:

(X)   On the further allegation by the Government of:

1.  (X)   a serious risk that the defendant will flee.
2.  ( )   a serious risk that the defendant will:
    a.  ( )   obstruct or attempt to obstruct justice.
    b.  ( )   threaten, injure or intimidate a prospective witness or juror, or attempt to do so.

C.  The Government ( ) is/(X) is not entitled to a rebuttable presumption that no condition or combination of conditions will reasonably assure the defendant's appearance as required and the safety or any person or the community.

## II.

A.  (X)   The Court finds that no condition or combination of conditions will reasonably assure:

1.  (X)   the appearance of the defendant as required.
         (X)   and/or
2.  (X)   the safety of any person or the community.

B.  ( )   The Court finds that the defendant has not rebutted by sufficient evidence to the contrary the presumption provided by statute.

## III.

The Court has considered:

A.  (X)   the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

B.  (X)   the weight of evidence against the defendant;

C.  (X)  the history and characteristics of the defendant; and

D.  (X)  the nature and seriousness of the danger to any person or the community.

## IV.

The Court also has considered all the evidence adduced at the hearing and the arguments and/or statements of counsel, and the Pretrial Services Report/recommendation.

## V.

The Court bases the foregoing finding(s) on the following:

A.  (X)  As to flight risk: Defendant's lack of bail resources and criminal history.

B.  (X)  As to danger: The nature of the charged offense and Defendant's criminal history. Also, Defendant's wife states she is not willing to act as a surety because she fears for her safety and that of her children if Defendant is released.

## VI.

A.  ( )  The Court finds that a serious risk exists the defendant will:

    1.  ( )  obstruct or attempt to obstruct justice.

    2.  ( )  attempt to/ ( ) threaten, injure or intimidate a witness or juror.

B.  The Court bases the foregoing finding(s) on the following:

_____

_____

_____

## VI.

A.  IT IS THEREFORE ORDERED that the defendant be detained prior to trial.

B.  IT IS FURTHER ORDERED that the defendant be committed to the custody of

1  the Attorney General for confinement in a corrections facility separate, to the
2  extent practicable, from persons awaiting or serving sentences or being held in
3  custody pending appeal.
4  C.  IT IS FURTHER ORDERED that the defendant be afforded reasonable
5  opportunity for private consultation with counsel.
6  D.  IT IS FURTHER ORDERED that, on order of a Court of the United States or on
7  request of any attorney for the Government, the person in charge of the
8  corrections facility in which defendant is confined deliver the defendant to a
9  United States marshal for the purpose of an appearance in connection with a
10 court proceeding.
11
12 Dated: March 27, 2013

                                                                /s/   Arthur Nakazato
                                                   ARTHUR NAKAZATO
                                        UNITED STATES MAGISTRATE JUDGE